

# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

March 25, 2021

**Via ECF**
The Honorable Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Mendoza, et al. v. Dynasty Contracting LLC, et al.**
**20-CV-2898 (LB)**

Dear Judge Bloom:

Our office represents Wilson Mendoza, Bonerge Pacheco, Raul Mendoza, Jose Alberto Carias Salinas, Roger Mendoza, and Jorge Mendoza (collectively, "the Plaintiffs") and we submit this letter jointly with counsel for Dynasty Contracting LLC and Eric Li (collectively, "the Defendants") to supplement the parties' Motion for Settlement Approval [Dkt. No. 22] and to provide the Court with a fully executed copy of the revised settlement agreement. The revised settlement agreement is attached hereto as **Exhibit 1** and corrects the two items raised in the Court's March 18, 2021 Order, which sets forth as follows:

> **ORDER:** The Court has reviewed the parties' response to its March 9, 2021 Order directing the parties to correct their settlement agreement. ECF No. [23]. The parties shall submit a revised settlement agreement correcting the discrepancy in paragraph 1.55 of the parties agreement and striking the word "confidential" from the agreement by March 25, 2021. Ordered by Magistrate Judge Lois Bloom on 3/18/2021. (Rein, Gilbert)

In light of the submission of the fully executed revised settlement agreement, the parties respectfully request that the agreement be approved in its entirety. The parties thank Your Honor for her consideration and remain available to provide any additional information in support of their Motion for Settlement Approval.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.